

Grace E. Schmidt
gschmidt@dtolaw.com

May 13, 2024

**VIA ECF**

The Honorable Kenneth M. Karas
United States District Court
300 Quarropas St.
White Plains, NY 10601

Re:   *Lotz v. Onnit Labs, Inc.*, No. 7:24-cv-03098-KMK

Dear Judge Karas:

Defendant Onnit Labs, Inc. ("Onnit") respectfully requests an extension of time to respond to Plaintiff's complaint until and including June 21, 2024. Absent an extension, Onnit's response is currently due on May 22, 2024.

There have been no previous requests for an extension of the time to file a response to the complaint in this matter. We have conferred with counsel for Plaintiff, and they have advised that they do not oppose this request.

Very truly yours,

Grace E. Schmidt

Grace E. Schmidt

Granted.

So Ordered.

5/13/24

307 5th Avenue, 12th Floor, New York, NY 10016
main: 646-995-5400 | fax: 213-335-7802 | dtolaw.com