UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN PAUL LOTZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONNIT LABS, INC.,<br><br>Defendant. | Case No.: 7:24-cv-03098-KMK<br><br>**DEFENDANT'S RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Onnit Labs, Inc. represents that Onnit Labs, Inc. is a wholly owned subsidiary of US Health & Wellbeing, LLC; US Health & Wellbeing, LLC is a wholly owned subsidiary of Conopco, Inc. d/b/a Unilever; Conopco, Inc. d/b/a Unilever is a wholly owned subsidiary of Unilever United States, Inc.; and Unilever United States, Inc. is a wholly owned, indirect subsidiary of Unilever PLC; and Unilever PLC, a United Kingdom corporation, is a publicly held company. Furthermore, Onnit Labs, Inc. is a citizen of Delaware and Texas because it is incorporated in Delaware and headquartered in Texas.

Dated: June 17, 2024                             Respectfully submitted,

By:  */s/ Grace E. Schmidt*
Grace E. Schmidt
**DTO LAW**
307 5th Ave, 12th Floor
New York, NY 10016
Telephone: (213) 335-6999
Facsimile: (213) 335-7802
E-mail: gschmidt@dtolaw.com

Attorneys for Defendant
ONNIT LABS, INC.

266147.1