

Philip M. Smith<br>
psmith@kravitsmithllp.com

June 26, 2024

**VIA EMAIL(amaddox@dtolaw.com) and ECF**
Andrea Maddox, Esq.
DTO Law
2400 Broadway, Suite 200
Redwood City, CA 94063

    Re:    *Lotz v. Onnit Labs, Inc.*, No. 7:24-cv-03098-KMK

Dear Andrea:

    I refer to your letter dated June 21, 2024. Pursuant to Rule II.A of Judge Karas's Individual Practice Rules, Plaintiff will file and serve an amended complaint by July 12, 2024, which your firm has indicated is acceptable to Defendant. Thank you.

                Sincerely,

                KRAVIT SMITH LLP

                By: _____
                      Philip M. Smith

cc:    Hon. Kenneth M. Karas