

Grace E. Schmidt
gschmidt@dtolaw.com

September 4, 2024

<u>Via ECF</u>

The Honorable Kenneth M. Karas
United States District Court
300 Quarropas St.
White Plains, NY 10601

Re:   *Lotz v. Onnit Labs, Inc.*, No. 7:24-cv-03098-KMK

Dear Judge Karas:

Due to a scheduling conflict, Defendant Onnit Labs, Inc. ("Onnit") respectfully requests the Court adjourn the pre-motion conference currently scheduled for September 19, 2024, at 10:30 a.m., *see* ECF No. 24, to 2:00 p.m. that same day.

We have conferred with counsel for Plaintiff, and they have advised that they do not oppose this request.

Very truly yours,

*Grace E. Schmidt*

Grace E. Schmidt

The conference will be moved to 3 pm on 9/19.

So Ordered.

9/4/24