UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN PAUL LOTZ, on behalf of himself and all others similarly situated,

                Plaintiff,

  v.

ONNIT LABS, INC.,

                Defendant.

Case No.: 7:24-cv-03098-KMK

**STIPULATION OF DISMISSAL**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class action claims, with each party bearing their own attorneys' fees, costs, and expenses.

Dated:  April 29, 2025

**DENLEA & CARTON LLP**
Jeffrey Carton
James R. Denlea
2 Westchester Park Drive, Suite 410
White Plains, New York 10604
Tel.: (914) 331-0100
jdenlea@denleacarton.com
jcarton@denleacarton.com

**KRAVIT SMITH LLP**

By: _/s/ Philip M. Smith_
    Philip M. Smith
75 South Broadway, Suite 400
White Plains, New York 10601
Tel.: (646) 493-8004
psmith@kravitsmithllp.com

*Attorneys for Plaintiff*

**DTO LAW**

By: _/s/ William D. Irvine, Jr._
    William D. Irvine, Jr.
307 5th Ave., 12th Floor
New York, NY 10016
Tel: (646) 995-5400
Fax: (213)·335-7802
wirvine@dtolaw.com

Megan O'Neill (pro hac vice)
Andrea Maddox
702 Marshall Street, Suite 640
Redwood City, CA 94063
Tel: (415) 630-4100
Fax: (213)·335-7802
moneill@dtolaw.com
amaddox@dtolaw.com

1007108.2

*Attorneys for Onnit Labs, Inc.*